UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STANT MANUFACTURING, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:02-cv-1653 RLY-WTL |
| | ) | |
| GERDES GmbH, | ) | |
|     Defendant. | ) | |

**ORDER GRANTING IN PART AND DENYING IN PART GERDES' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT GERDES HAS NOT INFRINGED THE ASSERTED CLAIMS OF UNITED STATES PATENT REEXAMINATION CERTIFICATE NO. B1 4,678,097**

    This matter is before the court on Defendant Gerdes' Motion For Partial Summary Judgment that Gerdes has not Infringed the Asserted Claims of United States Patent Reexamination Certificate No. B1 4,678,097 (the "'097"), which challenges Stant's allegation that Gerdes has infringed independent claims 11, 27, 32, 34, 35, and 42 of the '097. (Docket #196).

    Upon review of the parties' briefs, the exhibits cited therein, and the relevant law, the court finds that Stant has raised genuine issues of material fact regarding claims 11, 27, 34, and 35. That is, a reasonable trier of fact could find that Gerdes' products infringe these claims, literally and/or under the doctrine of equivalents. Regarding claim 11, Stant has raised questions of fact regarding whether Gerdes' caps have the requisite second flange spaced axially below the first flange. Regarding claims 27, 34, and 35, Stant has

raised questions of fact regarding frangible portions of Gerdes' caps.

However, Stant has not replied to Gerdes' argument that it has not infringed claim 32 or 42 of the '097. Accordingly, the court finds that Stant has abandoned its infringement argument insofar as it relates to claims 32 and 42.

For these reasons, Gerdes' Motion For Partial Summary Judgment that Gerdes has not Infringed the Asserted Claims of the '097 is **granted in part**, as to claims 32 and 42, and **denied in part**, as to claims 11, 27, 34, and 35.


Dated:  August 24, 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Electronic copies to:

Samuel L. Alberstadt
FULWIDER PATTON LEE & UTECHT, LLP
salberstadt@fulpat.com

Michael D. Beck
MAGINOT MOORE & BOWMAN
mdbeck@maginot.com

Andrew B. Dzeguze
BARNES & THORNBURG
andrew.dzeguze@btlaw.com

Michael S. Elkind
FULWIDER PATTON LEE & UTECHT
melkind@fulpat.com

Helen K. Geib
BARNES & THORNBURG
helen.geib@btlaw.com

Spencer Patrick Goodson
BARNES & THORNBURG
sgoodson@btlaw.com

Paul B. Hunt
BARNES & THORNBURG
paul.hunt@btlaw.com

Donald E. Knebel
BARNES & THORNBURG
donald.knebel@btlaw.com

David J. Pitman
FULWIDER PATTON LEE & UTECHT LLP
dpitman@fulpat.com

David S. Sarisky
FULWIDER PATTON LEE & UTECH, LLP
dsarisky@fulpat.com

Lynn C. Tyler
BARNES & THORNBURG
lynn.tyler@btlaw.com