UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

STANT MANUFACTURING, INC.,  )
          Plaintiff,  )
            )
       vs.  )          1:02-cv-1653 RLY-WTL
            )
GERDES, GmbH, et al.  )
          Defendants.  )

**ENTRY ON GERDES' MOTION IN LIMINE TO EXCLUDE THE TESTIMONY
OF STANT'S DAMAGE EXPERT, PATRICK BURNS, AND TO LIMIT THE
TESTIMONY OF ANY STANT FACT WITNESS ON DAMAGES; AND ON
STANT'S MOTION FOR LEAVE TO FILE A SURREPLY**

This patent infringement matter is scheduled for trial beginning April 24, 2006.  It

is now before the court on Gerdes' Motion in Limine, wherein Gerdes contends (1) that

the testimony of Patrick Burns should be excluded from trial, (2) that the court should

prohibit testimony on damages from Stant's fact witnesses, and (3) that Stant should be

precluded from asserting any damages based on a reasonable royalty.

**I.      Burns Testimony**

Patrick Burns is Stant's expert witness on damages.  Gerdes agues that he should

not be allowed to testify because he was ill-prepared for his deposition and because he is

a "tabulator," not an expert.  Gerdes' objections go to the weight, not the admissibility, of

Burns' testimony.  He will be allowed to testify at trial.  Stant's Motion for Leave to File

a Surreply regarding this issue is therefore moot.

**II.      Reasonable Royalties**

In its March 2006 Response brief to Gerdes' Motion in Limine, Stant claims that,

in the event that it is not awarded lost profits, it could receive reasonable royalties.

(Response at 8).  However, in its August 2004 Response to Gerdes' Motion to Bifurcate,

Stant represented to the court that:

> Stant will only be seeking a lost profits measure of recovery,
> not a reasonable royalty.  Stant and Gerdes were the only
> companies who bid on the GM fuel cap business, so if Gerdes
> had not infringed, Stant would have received the business.
> This is a clear case of "but for" causation, entitling Stant to
> lost profits. Thus, Stant will not present evidence on the many
> factors that determine a reasonable royalty, and the jury will
> not have to hear or evaluate such evidence.

(Docket # 127 at 12).  The court ruled in Stant's favor on the Motion to Bifurcate, and at

least since August 2004, the case has proceeded as one wherein reasonable royalties are

not at issue.  Given the lack of evidentiary development on this point, and given the

complexity of presenting such issues to the jury, the court finds that such evidence is

inadmissible.  *See, e.g.*, *National Presto Indus., Inc. v. Black & Decker*, 760 F.Supp. 699,

701 (N.D. Ill. 1991).

**III.     Fact Witnesses**

The admissibility of Stant's fact witnesses' testimony regarding damages is not

ripe for ruling.  Should such testimony arise at trial, the court will address it then.

## IV.     Conclusion

For the foregoing reasons, Gerdes' Motion in Limine (Docket # 372) is **granted in part** and **denied in part**.  Patrick Burns may testify, issues regarding the admissibility of Stant's fact witnesses' testimony on damages will be resolved at trial, and Stant cannot assert reasonable royalty damages.

Stant's Motion for Leave to File a Surreply (Docket # 399) is **denied as moot**.


Dated:  April 11, 2006.

            RICHARD L. YOUNG, JUDGE
            United States District Court
            Southern District of Indiana


Electronic copies to:

Samuel L. Alberstadt
FULWIDER PATTON LEE & UTECHT, LLP
salberstadt@fulpat.com

Michael D. Beck
MAGINOT MOORE & BECK
mdbeck@maginot.com

Erin Roth Bohannon
BARNES & THORNBURG LLP
erin.bohannon@btlaw.com

Andrew B. Dzeguze
BARNES & THORNBURG LLP
andrew.dzeguze@btlaw.com

Michael S. Elkind
FULWIDER PATTON LEE & UTECHT
melkind@fulpat.com

Helen K. Geib
BARNES & THORNBURG LLP
helen.geib@btlaw.com

Spencer Patrick Goodson
BARNES & THORNBURG LLP
sgoodson@btlaw.com

Paul B. Hunt
BARNES & THORNBURG LLP
paul.hunt@btlaw.com

Donald E. Knebel
BARNES & THORNBURG LLP
donald.knebel@btlaw.com

David J. Pitman
FULWIDER PATTON LEE & UTECHT LLP
dpitman@fulpat.com

David S. Sarisky
FULWIDER PATTON LEE & UTECH, LLP
dsarisky@fulpat.com

Aaron M. Staser
BARNES & THORNBURG LLP
aaron.staser@btlaw.com

Lynn C. Tyler
BARNES & THORNBURG
lynn.tyler@btlaw.com

Copy to:

Ronald E. Perez
FULWIDER PATTON, LLP
Howard Hughes Center

6060 Center Drive
Tenth Floor
Los Angeles, CA 90045