UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STANT MANUFACTURING INC., ) | | |
|     Plaintiff, ) | | |
| ) | | |
|     vs. ) | | 1:02-cv-1653 RLY-WTL |
| ) | | |
| GERDES GmbH, (Kerpen, Germany), ) | | |
| GERDES GmbH (Schortens, Germany), ) | | |
| and GERDES BVBA, ) | | |
|     Defendants. ) | | |

**ORDER ON GERDES' BILL OF COSTS UNDER FRAP 39(e)**

Gerdes GmbH and Gerdes BVBA ("Gerdes") requests costs in the amount of $66,517.12 under Rule 39(e) of the Federal Rules of Appellate Procedure. A party who prevailed on appeal is entitled to its costs under Rule 39, and, pursuant to Rule 39(e), is entitled to seek certain costs at the district court level for: (1) the preparation and transmission of the record; (2) the reporter's transcript, if needed to determine the appeal; (3) premiums paid for a supersedeas bond; and (4) the fee for filing the notice of appeal. FED.R.APP.P 39. Gerdes contends it prevailed on appeal because the Court of Appeals for the Federal Circuit (the "Federal Circuit") granted its request for costs in the amount of $248.40. This court is not privy to the reasons behind the Federal Circuit's decision to grant costs to Gerdes; however, it is clear that neither party prevailed on appeal. Both Stant and Gerdes appealed the Judgment of this court, dated June 20, 2006, and the

Federal Circuit affirmed the court's Judgment in a one-sentence per curiam decision – the Federal Circuit ruled against each side on all issues raised. As neither party prevailed on appeal, the court hereby **DENIES** Gerdes' Bill of Costs under FRAP 39(e) (Docket # 605).

**SO ORDERED** this 11th day of March 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Electronic copies to:

Samuel L. Alberstadt
FULWIDER PATTON LEE & UTECHT, LLP
salberstadt@fulpat.com

Michael D. Beck
MAGINOT MOORE & BOWMAN
mdbeck@maginot.com

Michael S. Elkind
FULWIDER PATTON LEE & UTECHT
melkind@fulpat.com

Helen K. Geib
BARNES & THORNBURG
helen.geib@btlaw.com

Spencer Patrick Goodson
BARNES & THORNBURG
sgoodson@btlaw.com

Paul B. Hunt
BARNES & THORNBURG
paul.hunt@btlaw.com

Donald E. Knebel
BARNES & THORNBURG
donald.knebel@btlaw.com

David J. Pitman
FULWIDER PATTON LEE & UTECHT LLP
dpitman@fulpat.com

David S. Sarisky
FULWIDER PATTON LEE & UTECH, LLP
dsarisky@fulpat.com

Lynn C. Tyler
BARNES & THORNBURG
lynn.tyler@btlaw.com