UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STANT MANUFACTURING, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:02-cv-1653 RLY-WTL |
| | ) | |
| GERDES GmbH, (Kerpen, Germany), | ) | |
| GERDES GmbH (Schortens, Germany), | ) | |
| and GERDES BVBA, | ) | |
| Defendants. | ) | |

**ORDER ON STANT'S BILL OF COSTS**

On June 20, 2006, the court entered Judgment in favor of Stant Manufacturing, Inc. ("Stant") in the amount of $1,005,000.00, and on November 7, 2007, the Court of Appeals for the Federal Circuit upheld that Judgment. Stant, as the prevailing party, is entitled to costs under Fed. R. Civ. P. 54(d), Local Rule 54.1, and 28 U.S.C. § 1920.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Stant's Bill of Costs (Docket # 572) is **GRANTED**. Stant is awarded costs in the amount of $95, 543.01 as the prevailing party in this action.

**SO ORDERED** this  11th   day of March 2008.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Electronic copies to:

Samuel L. Alberstadt
FULWIDER PATTON LEE & UTECHT, LLP
salberstadt@fulpat.com

Michael D. Beck
MAGINOT MOORE & BOWMAN
mdbeck@maginot.com

Michael S. Elkind
FULWIDER PATTON LEE & UTECHT
melkind@fulpat.com

Helen K. Geib
BARNES & THORNBURG
helen.geib@btlaw.com

Spencer Patrick Goodson
BARNES & THORNBURG
sgoodson@btlaw.com

Paul B. Hunt
BARNES & THORNBURG
paul.hunt@btlaw.com

Donald E. Knebel
BARNES & THORNBURG
donald.knebel@btlaw.com

David J. Pitman
FULWIDER PATTON LEE & UTECHT LLP
dpitman@fulpat.com

David S. Sarisky
FULWIDER PATTON LEE & UTECH, LLP
dsarisky@fulpat.com

Lynn C. Tyler
BARNES & THORNBURG
lynn.tyler@btlaw.com